NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in consolidated case nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

## ON MOTION

---

## ORDER

Arlington Industries, Inc. moves without opposition for a 30-day extension of time until March 21, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK